**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NIDIA I. ORTIZ,,

                Plaintiff,              22 **CIVIL** 3052 (LGS)

    -v-                  **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated April 19, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings and a new decision.

**Dated:**  New York, New York

      April 19, 2023

                                      **RUBY J. KRAJICK**

                                      _____
                                        **Clerk of Court**

                   **BY:**

                                        _____
                                        **Deputy Clerk**