UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NIDIA I. ORTIZ,                                             :
                                    Plaintiff,              :
                                                            :   22 Civ. 3052 (LGS)
                -against-                                   :
                                                            :   ORDER
COMMISSIONER OF SOCIAL SECURITY,                            :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The matter was referred to Magistrate Judge Sarah L. Cave;

WHEREAS, on November 27, 2023, Judge Cave issued a Report and Recommendation (the "Report") recommending that the motion for attorney's fees be granted in part and denied in part, and Plaintiff be awarded fees in the amount of $17,875.02;

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report, and no objections were timely filed;

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023);

WHEREAS, the Court finds no clear error on the face of the record as to Judge Cave's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full, for the reasons stated in the Report.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 28.

Dated: December 12, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**